```
                  UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

JAMES L. WOOD,                )
                              )
        Plaintiff             )
                              )       No. 3:13-0598
v.                            )       Judge Trauger/Brown
                              )       **Jury Demand**
DIETICIAN ADRIEN/ADRIAN,      )
                              )
        Defendant             )

## O R D E R

The Magistrate Judge has been advised by the Clerk that The Honorable Tim Warnock is willing to accept an appointment as counsel for the Plaintiff in this matter. Accordingly, Mr. Warnock is appointed as Mr. Wood's counsel.

The **Clerk** is directed to provide Mr. Warnock any necessary copies without expense and to reimburse him for copying costs to the extent provided by the local rules and procedures for the library fund.

At the present time there is a pending motion for preliminary injunction and a temporary restraining order (Docket Entry 37) filed by the Plaintiff.

In view of the appointment of Mr. Warnock, he may have **21 days** in which to amend this pleading or to advise the Court that it will not be amended or will be withdrawn. The Defendant will have **21 days** after either a notice that it will not be amended or an amended motion is filed in which to respond.

The Plaintiff is reminded that now that he has counsel appointed in this matter his communications with the Court and the

opposing attorney shall be through his attorney only. The Court will not accept separate pleadings from the Plaintiff in this matter.

A telephone conference to discuss the procedures in this case, and to see if a new scheduling order will be needed, is set for **Monday, December 2, 2013, at 2:30 p.m. To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge