UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES L. WOOD, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:13-0598 |
| v. ) | Judge Trauger/Brown |
| ) | **Jury Demand** |
| DIETICIAN ADRIEN/ADRIAN, ) | |
| ) | |
| Defendant ) | |

### O R D E R

Mr. Warnock has filed an appearance in this matter (Docket Entry 43).

The Magistrate Judge had previously given the Plaintiff until November 21, 2013, to amend his complaint. In view of the recent appointment of counsel in this matter this deadline is extended until **December 13, 2013**, so counsel will have an opportunity to review the file and discuss the matter with Mr. Wood.

In the event the Plaintiff does not elect to dismiss his complaint, the telephone conference in this matter is reset from December 2nd, to **Wednesday, December 18, 2013, at 3:30 p.m.,** to discuss the entry of a scheduling order. **To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge